IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>[1] INDIRA OSORIO-ORTIZ,<br>[2] LESTER R. VAZQUEZ-CINTRON,<br>Defendants. | INDICTMENT<br>CRIMINAL NO. 19- 685 (PAD)<br><br>18 U.S.C. § 371<br>18 U.S.C. § 922(a)(1)(A)<br>18 U.S.C. § 1519<br><br>19-1793<br><br>SEVEN COUNTS |

RECEIVED & FILED
CLERK'S OFFICE
OCT 3 0 2019
US DISTRICT COURT
SAN JUAN, PR

THE GRAND JURY CHARGES:

### General Allegations

1. At all times relevant to this Indictment, **[1] INDIRA OSORIO-ORTIZ** was employed as a police officer with the Police of Puerto Rico ("POPR").

2. At all times relevant to this Indictment, **[2] LESTER R. VAZQUEZ-CINTRON** was an associate of **[1] INDIRA OSORIO-ORTIZ** who resided in the State of Florida.

### COUNT ONE
**Conspiracy to Engage in the Business of Dealing in Firearms without a License**
(Title 18, United States Code, Section 371)

Paragraphs 1 through 2 of the General Allegations are realleged and incorporated by reference.

Beginning in or about the month of September 2019 and continuing through on or about the date of the return of this Indictment, in the District of Puerto Rico, the Middle District of Florida, and elsewhere within the jurisdiction of this Court, the defendants,

**[1] INDIRA OSORIO-ORTIZ,**
**[2] LESTER R. VAZQUEZ-CINTRON,**

not being licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States

1

Code, did knowingly and willfully combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury to engage in the business of dealing in firearms without license, contrary to Title 18, United States Code, Section 922(a)(1)(A).

### Purpose and Object of the Conspiracy

It was the purpose and object of the conspiracy to sell firearms unlawfully for pecuniary gain in the District of Puerto Rico.

### Manner and Means of the Conspiracy

It was part of the conspiracy that [1] **INDIRA OSORIO-ORTIZ** would abuse her position as a police officer to gain access to firearms to sell unlawfully.

It was further part of the conspiracy that [1] **INDIRA OSORIO-ORTIZ** would facilitate firearms transactions for [2] **LESTER R. VAZQUEZ-CINTRON** by delivering, and coordinating the delivery of firearms to buyers on [2] **LESTER R. VAZQUEZ-CINTRON**'s behalf.

### Overt Acts

In furtherance of the conspiracy and to achieve its purpose and object, at least one or more of the defendants performed at least one or more of the following overt acts:

1. On or about September 17, 2019, [1] **INDIRA OSORIO-ORTIZ** sold a Glock pistol with serial number KLE186 to an individual (hereafter "Individual A") for $1,500.

2. On or about September 19, 2019, [2] **LESTER R. VAZQUEZ-CINTRON** offered to sell two fully automatic firearms to Individual A via telephone.

3. On or about September 20, 2019, [1] **INDIRA OSORIO-ORTIZ** traveled to the

2

parking lot of a Chilis restaurant located in Humacao, Puerto Rico for the purpose of finalizing the sale of the two fully automatic firearms that **[2] LESTER R. VAZQUEZ-CINTRON** agreed to sell to Individual A the day prior. This transaction was not completed because **[2] LESTER VAZQUEZ-CINTRON** demanded a last-minute change to the location where he and **[1] INDIRA OSORIO-ORTIZ** had agreed the transaction would take place.

4. On or about September 26, 2019, **[1] INDIRA OSORIO-ORTIZ** traveled to the parking lot of the Monte Hiedra Shopping Center in San Juan, Puerto Rico, and sold to Individual A her POPR-issued firearm, a Smith and Wesson pistol with serial number HAN2745 for $2,500. **[1] INDIRA OSORIO-ORTIZ** also sold to Individual A a firearm she stated she had removed from the POPR evidence room, a Glock pistol with serial number TGG206.

5. On or about September 27, 2019, **[1] INDIRA OSORIO-ORTIZ** filed a false police report, claiming that her POPR-issued weapon had been stolen from her residence. Thereafter, on or about October 10, 2019, **[1] INDIRA OSORIO-ORTIZ** filed a false police report claiming that the pistol she had taken out of the POPR evidence room and sold had been stolen from her locker.

6. On or about October 8, 2019, **[1] INDIRA OSORIO-ORTIZ**, traveled to the parking lot of the Monte Hiedra Shopping Center in San Juan, Puerto Rico for the purpose of facilitating a firearm transaction between **[2] LESTER R. VAZQUEZ-CINTRON** and Individual A. Accompanied by **[1] INDIRA OSORIO-ORTIZ**, Individual A purchased a fully automatic rifle with no serial number for $2,500

from individuals unknown to the Grand Jury.

7. On or about October 10, 2019, **[1] INDIRA OSORIO-ORTIZ** traveled to the parking lot of the Monte Hiedra Shopping Center in San Juan, Puerto Rico for the purpose facilitating a firearm transaction between **[2] LESTER R. VAZQUEZ-CINTRON** and Individual A. **[1] INDIRA OSORIO-ORTIZ** delivered to Individual A a Glock pistol with serial number ACLE726 and a Glock pistol with serial number BGHH469, and received $2,800 in return. **[1] INDIRA OSORIO-ORTIZ** agreed that she would deliver additional firearms to Individual A.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO
**Engaging in the Business of Dealing in Firearms without a License**
**Title 18, United States Code, Section 922(a)(1)(A)**

On or about September 17, 2019, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**[1] INDIRA OSORIO-ORTIZ,**

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, and having been aided and abetted by others known and unknown to the Grand Jury, did willfully engage in the business of dealing in firearms without a license, in that she sold a Glock pistol with serial number KLE186 to Individual A for $1,500. All in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 2.

4

## COUNT THREE
**Engaging in the Business of Dealing in Firearms without a License**
**Title 18, United States Code, Section 922(a)(1)(A)**

On or about September 26, 2019, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**[1] INDIRA OSORIO-ORTIZ,**

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, and having been aided and abetted by others known and unknown to the Grand Jury, did willfully engage in the business of dealing in firearms without a license, in that she sold to Individual A her POPR-issued firearm, a Smith and Wesson pistol with serial number HAN2745 for $2,000, and a firearm she took from a POPR evidence room, a Glock pistol with serial number TGG206 for $1,500. All in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 2.

## COUNT FOUR
**Engaging in the Business of Dealing in Firearms without a License**
**Title 18, United States Code, Section 922(a)(1)(A)**

On or about October 8, 2019, in the District of Puerto Rico, the Middle District of Florida, and elsewhere within the jurisdiction of this Court, the defendants,

**[1] INDIRA OSORIO-ORTIZ,**
**[2] LESTER R. VAZQUEZ-CINTRON,**

not being licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code, and having been aided and abetted by each other and others known and unknown to the Grand Jury, did willfully engage in the business of dealing in firearms without a license, in that the defendants sold a fully automatic rifle with no serial number for $2,500. All in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 2.

5

## COUNT FIVE
**Engaging in the Business of Dealing in Firearms without a License**
**Title 18, United States Code, Section 922(a)(1)(A)**

On or about October 10, 2019, in the District of Puerto Rico and elsewhere within the jurisdiction of this Court, the defendants,

**[1] INDIRA OSORIO-ORTIZ,**
**[2] LESTER R. VAZQUEZ-CINTRON,**

not being licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code, and having been aided and abetted by each other and others known and unknown to the Grand Jury, did willfully engage in the business of dealing in firearms without a license, in that the defendants sold to Individual A two firearms, namely a Glock pistol with serial number ACLE726 and a Glock pistol with serial number BGHH469, for $2,500. All in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 2.

## COUNT SIX
**Obstruction of Justice**
**Title 18, United States Code, Section 1519**

Paragraph 1 of the General Allegations is realleged and incorporated by reference.

On or about September 27, 2019, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**[1] INDIRA OSORIO-ORTIZ,**

did knowingly provide false statements to be memorialized in an official police report with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of the Federal Bureau of Investigation, and in relation to and in contemplation of such an investigation involving the unlawful sale of a firearm, a POPR-issued Smith and Wesson pistol with serial number HAN2745. Specifically, **[1] INDIRA OSORIO-**

**ORTIZ** reported that this firearm had been stolen from her residence when she well then knew that she had sold it unlawfully to Individual A. All in violation of Title 18, United States Code, Section 1519.

**INTENTIONALLY LEFT BLANK**

## COUNT SEVEN
## Obstruction of Justice
## Title 18, United States Code, Section 1519

Paragraph 1 of the General Allegations is realleged and incorporated by reference.

On or about October 10, 2019, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**[1] INDIRA OSORIO-ORTIZ,**

did knowingly provide false statements to be memorialized in an official police report with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of the Federal Bureau of Investigation, and in relation to and in contemplation of such an investigation involving the unlawful sale of a firearm, a Glock pistol with serial number TGG206. Specifically, **[1] INDIRA OSORIO-ORTIZ** reported that this firearm had been stolen from her evidence locker when she well then knew that she had sold it unlawfully to Individual A. All in violation of Title 18, United States Code, Section 1519.

Date: 30/10/2019

W. STEPHEN MULDROW
United States Attorney

_____
Myriam Y. Fernandez-González
Chief, Criminal Division

_____
Jenifer Y. Hernandez-Vega
Chief, Violent Crimes Unit

_____
Alexander L. Alum
Assistant United States Attorney

8

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
CLERK'S OFFICE
OCT 3 0 2019
US DISTRICT COURT
SAN JUAN, PR

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>Sealed,<br><br>Defendant(s). | CRIMINAL NO. 19-685 (PAD) |

## MOTION TO SEAL INDICTMENT

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by and through its undersigned attorneys and respectfully states and prays as follows:

The United States of America respectfully requests that the attached indictment and accompanying arrest warrant be kept secret and sealed until further order from this court. The indictment will be unsealed upon further request from the government or upon the arrest of the defendant.

WHEREFORE, the Government respectfully requests the instant motion be granted.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 29th day of October, 2019.

W. STEPHEN MULDROW
United States Attorney

/s/ Alexander L. Alum
Alexander L. Alum – G01915
Assistant U.S. Attorney
United States Attorney's Office
Chardón Tower, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Tel: (787) 772-3961
Email: alexander.l.alum@usdoj.gov

Granted. [signature] 10/30/19

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Lester R. Vazquez-Cintron | ) | Case No. 19- 685 (PAD) |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Lester R. Vazquez-Cintron,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371
18 U.S.C. § 922(a)(1)(A)
18 U.S.C. § 1519

Date: October 30, 2019

by: _____, Deputy Clerk
*Issuing officer's signature*

City and state: San Juan, Puerto Rico

U.S. Magistrate Judge Marcos E. Lopez
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____                                                      _____ *Arresting officer's signature* |
| _____ *Printed name and title* |